IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TERRY L. DIXON,

    Plaintiff,

vs.                                            No. 2:14-CV-00766-SMV-WPL

UNITED STATES OF AMERICA,

    Defendant.

## STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that this action is dismissed with prejudice, in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties will bear their own costs.

Date: 9/1/2015

TERRY DIXON, Plaintiff
2200 Corley Dr., Apt. 10E
Las Cruces, NM 88001
(575) 640-0622

Date: 9-1-15

DAMON P. MARTINEZ
United States Attorney

KAREN F. GROHMAN
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM 87103
(505) 346-7274; Fax (505) 346-7205
*Counsel for the United States of America*